JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| BRIAND WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>LEROY D. BACA, et al.,<br><br>　　　　Respondent. | Case No. CV 11-9082-JVS (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _____12.1.11_____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　United States District Judge